### DISTRICT OF COLUMBIA et al. v. SCALCO.

(Court of Appeals of District of Columbia. Submitted January 7, 1920. Decided February 2, 1920.)

#### No. 3285.

Appeal from the Supreme Court of the District of Columbia.

Action by Salvatore Scalco against the District of Columbia, a municipal corporation, and Edwin B. Hesse, Chief and Property Clerk of the Metropolitan Police of the District of Columbia. Judgment for plaintiff, and defendants appeal. Affirmed.

F. H. Stephens, of Washington, D. C., for appellants.

SMYTH, Chief Justice. It is conceded by the parties to this appeal that the questions involved are the same as those disposed of this day in District of Columbia et al. v. Harry T. Gladding et al., 49 App. D. C. —, 263 Fed. 628, and must be ruled by the decision in that case.

For this reason, the judgment is affirmed, with costs.

Affirmed.